Matter of Aretakis (2023 NY Slip Op 00366)

Matter of Aretakis

2023 NY Slip Op 00366

Decided on January 26, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 26, 2023

PM-09-23
[*1]In the Matter of John A. Aretakis, a Suspended Attorney. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; John A. Aretakis, Respondent. (Attorney Registration No. 2056968.)

Calendar Date:March 21, 2022

Before:Garry, P.J., Aarons, Pritzker, Reynolds Fitzgerald, and McShan, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Anna E. Remet of counsel), for Attorney Grievance Committee for the Third Judicial Department.
John A. Aretakis, Troy, respondent pro se.

Motion by respondent, returnable March 21, 2022, for an order seeking vacatur (see CPLR 2221; 5015 [a]) of this Court's prior order suspending respondent from the practice of law for a one-year term (Matter of Aretakis, 57 AD3d 1160 [2008], appeal dismissed & lv denied 11 NY3d 919 [2009]), an order granting respondent review of files and other documents held by petitioner or, in the alternative, for this Court to undertake an in camera inspection of said files and other documents, and other sundry relief. Cross motion by petitioner, returnable March 21, 2022, for an order enjoining respondent from filing any new motions or applications in this Court without first obtaining leave of the Court.
Upon reading and filing the papers filed in support of the motion and the papers filed by petitioner in opposition thereto and in support of its cross-motion, and the supplemental papers filed by respondent on March 11, 2022 and March 21, 2022, it is
ORDERED that respondent's motion is denied; and it is further
ORDERED that petitioner's cross-motion is denied.
Garry, P.J., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.